Poss *v.* The State.

Hines, J. There is evidence to support the verdict, and the same has been approved by the trial judge. As the sole assignment of error insisted upon is that the verdict is without evidence upon which it can stand, it follows that the judgment of the court below must be affirmed.

*Judgment affirmed. All the Justices concur.*

No. 4982. October 14, 1925.

Murder. Before Judge Blair. Forsyth superior court. June 9, 1925.

*J. P. Brooke, A. B. Tollison,* and *A. J. Henderson,* for plaintiff in error.

*George M. Napier, attorney-general, John S. Wood, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.